

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    Sanjoseph Tan **v.** The State of Texas

Appellate case number:    01-15-00511-CR

Trial court case number:    1425902

Trial court:    179th District Court, Harris County

Date motion filed:    August 12, 2016

Party filing motion:    Sanjoseph Tan

    It is ordered that appellant's motion for rehearing is **DENIED.**


Judge's signature: /s/ Jane Bland
                ☐ Acting Individually ☒ Acting for the Court

Before:  Justices Bland, Brown, and Lloyd


Date: August 25, 2016